UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-1953(JMR/RLE)

United States of America,

Plaintiff,

vs.

ORDER VACATING BENCH WARRANT

Steven P. Rader,

Defendant.

This matter comes before the Court on Motion of the United States to vacate the Bench Warrant issued on March 8, 2001, for the Defendant's failure to appear pursuant to an Order for Debtor's Examination on the grounds that, using his best efforts, the United States Marshal has been unable to locate the Defendant.

Accordingly, It is --

HEREBY ORDERED: That the Motion of the United States is GRANTED, and the Bench Warrant issued March 8, 2001, is vacated.

Dated: August 11, 2006

BY THE COURT:

s/Raymond L. Erickson

Raymond L. Erickson
CHIEF U. S. MAGISTRATE JUDGE