A0 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
AUG 23 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MINNESOTA*

UNITED STATES OF AMERICA

V.

STEVEN P. RADER

**WARRANT FOR ARREST**

CASE NUMBER: CV 00-1953 JMR/RLE

0141-0417-0408-F

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest STEVEN P. RADER

and bring him or her forthwith to the nearest magistrate judge to answer a(n) order of the court

charging him or her with failure to appear on March 8, 2001, at 9:00 a.m.

Ordered by J. Earl Cudd, United States District Court Magistrate Judge

RECEIVED
U.S. MARSHAL
MPLS., MINN.
MAR 12 2 58 PM '01

(By) Deputy Clerk, Deborah D. Bell

March 9, 2001 - Mpls, Minnesota

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ____________________ Date of Arrest: ____________________

____________________ ____________________

Name and Title of Arresting Officer Signature of Arresting Officer

DATE 8-11-06 Dismissed
RETURNED UNEXECUTED
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY M. [signature]

ARRESTED ON ____________
ARRESTED BY ____________
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ____________

SCANNED
AUG 23 2006
U.S. DISTRICT COURT MPLS

n:/.../warrant.frm